Olesya Lek
404 East 76th Street, Apt. 3K
New York, NY 10021
olek@law.fordham.edu
347-439-9210

October 30, 2026

Clerk of Court
United States District Court
Southern District of New York

**Follow up request for issuance of summonses**

Lek et al. v. Zayas et al.
Case No. 1:26-cv-09180-JAV
Hon. Jeannette A. Vargas

Dear Clerk of Court:

I am a self-represented plaintiff, acting only on my own behalf. I write to follow up on issuance of summonses in this action, filed on October 19, 2026. Please issue the enclosed updated proposed AO 440 summonses, one for each defendant sued in an official capacity:

Hon. Joseph A. Zayas, Chief Administrative Judge of the New York State Unified Court System;

Sevil N. Barber, Records Access Officer, Office of Court Administration; and

Michael J. Siudzinski, Assistant Deputy Counsel and FOIL Appeals Officer, Office of Court Administration.

Please return the issued summonses to me at the contact information above so that I may arrange for service.

Respectfully,

Olesia Lek

Olesya Lek
Self-represented plaintiff, for herself only

Enclosures: Three updated proposed AO 440 summonses