# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Oct 23, 2026 12:22PM

GENEVIEVE DETROZ

Rcpt. No: 52737 Trans. Date: Oct 23, 2026 12:22PM Cashier ID: #JE (6744)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #18425 | 10/23/2026 | $405.00 |
| | | | Total Due Prior to Payment: | $405.00 |
| | | | Total Tendered: | $405.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments**: 26CV09180 LTS

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.